**FILED**

MAY **2 0** 2026

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,              )
                                       )
           Plaintiff,                  )
                                       )
vs.                                    )        **4:26CR238 CMS/RHH**
                                       )
BRADLEY D. DELASHMIT,                  )
                                       )
           Defendant.                  )

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Jillian S. Anderson, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.      The defendant is charged with Felon in Possession of a Firearm in violation of Title 18 U.S.C. § 922(g)(1).

2.      Pursuant to Title 18, United States Code, Section 3142(g),

   (a) the weight of the evidence against defendant;

   (b) defendant's history and characteristics; and

   (c) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release warrant defendant's detention pending trial.

WHEREFORE, the Government respectfully requests that the Court order the Defendant to be detained pending trial.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Jillian S. Anderson*
JILLIAN S. ANDERSON, #53918MO
Assistant United States Attorney